1
2
**JS−6**
3
4
5
6
7
8
9
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
10

11 | EVANSTON INSURANCE COMPANY | CASE NO:
2:18−cv−09233−FMO−PLA
12 | Plaintiff(s), |

13 | v. | **ORDER DISMISSING ACTION**
14 | JEFFREY A. BEAUMONT, APC | **WITHOUT PREJUDICE**

15

16 | Defendant(s).

17

18

19     Having been advised by counsel that the above−entitled action has been settled,

20 IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs

21 and without prejudice to the right, upon good cause shown within <u>30</u> **days from the**

22 **filing date of this Order**, to re−open the action if settlement is not consummated.

23 The court retains full jurisdiction over this action and this Order shall not prejudice

24 any party to this action.

25     **IT IS SO ORDERED.**

26

27 DATED: February 1, 2019          _/s/ *Fernando M. Olguin*_
                                 Fernando M. Olguin
                                 United States District Judge
28